1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


ALFREDO G. PANGILINAN,                      No. C-12-0175 TEH (PR)

                    Petitioner,

              v.                            ORDER OF DISMISSAL

GREG LEWIS, WARDEN

                    Respondent.

_____/


ALFREDO G. PANGILINAN,                      No. C-12-0194 TEH (PR)

                    Petitioner,

              v.                            ORDER GRANTING IN FORMA
                                            PAUPERIS APPLICATION

GREG LEWIS, WARDEN

                    Respondent.

_____/   Doc. # 2


        Petitioner, a California state prisoner currently
incarcerated at Pelican State Bay Prison, has filed two pro se
petitions for a writ of habeas corpus under 28 U.S.C. § 2254,
both of which challenge his conviction for murder imposed by

1  Contra Costa County Superior Court. The first petition was
2  filed in Case No. C 12-0175 TEH and the second petition was
3  filed in Case No. C 12-0194 TEH. It appears that Petitioner
4  only seeks to file one habeas petition: the petition filed in
5  Case No. C 12-0175 TEH is a form habeas petition and lacks any
6  attachment (see Case No. 12-0175, Doc. #1), while the petition
7  filed in Case No. C 12-0194 TEH is a form habeas petition and has an
8  attached petition for review that was previously filed in the
9  California Supreme Court (see Case No. C 12-0194, Doc. #1). Both
10 the form petitions in Case No. C 12-0175 TEH and Case No. C 12-0194
11 TEH are identical. A completed in forma pauperis application has
12 been filed in Case No. C 12-0175 TEH while the in forma pauperis
13 application filed in Case No. C 12-0194 is incomplete. The motions
14 for appointment of counsel filed in both cases are identical.

15         In the interests of efficiency and justice, the Court
16 closes Case No. C 12-0175 TEH (PR). All pending motions in Case No.
17 C 12-0175 are terminated and this case is closed.

18         Petitioner's habeas petition shall proceed under Case No.
19 C 12-0194 TEH (PR). All future filings shall occur only in Case No.
20 C 12-0194 TEH (PR). The Court takes judicial notice of the
21 completed in forma pauperis application which Petitioner filed in
22 Case No. C 12-0175 TEH (PR). Petitioner's in forma pauperis
23 application filed in Case No. C 12-0194 TEH (PR) is considered
24 complete, and is GRANTED (Case No. C 12-0194 TEH (PR), Doc. #3).
25 //
26 //
27
28                                              2

1  Petitioner shall disregard the Clerk's notice re completion of _in_

2  _forma pauperis_ affidavit which he received in Case No. C 12-0194 TEH

3  (PR).

4          IT IS SO ORDERED.

5

6  DATED      _January 18, 2012_          _____

7                                          THELTON E. HENDERSON
                                           United States District Judge

8

9  G:\PRO-SE\TEH\HC.12\Pangilinan-12-175-dismiss-case and 12-194 grant IFP.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFREDO G. PANGILINAN,

        Plaintiff,

  v.

GREG LEWIS et al,

        Defendant.

_____/

Case Number: CV12-00175 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfredo G. Pangilinan #:G-60773
Pelican Bay State Prison
P.O. Box 7500, Housing: A-8-102
Crescent City,  CA 95532

Dated: January 19, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

1
UNITED STATES DISTRICT COURT

2
FOR THE

3
NORTHERN DISTRICT OF CALIFORNIA

4

5
ALFREDO G. PANGILINAN,

6
                                            Case Number: CV12-00194 TEH
              Plaintiff,

7
                                      **CERTIFICATE OF SERVICE**

    v.

8
GREG LEWIS et al,

9
              Defendant.

10 _____/

11
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

12 District Court, Northern District of California.

13 That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by
   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter

14 listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
   inter-office delivery receptacle located in the Clerk's office.

15

16

17 Alfredo G. Pangilinan #:G-60773
   Pelican Bay State Prison

18 P.O. Box 7500, Housing: A-8-102
   Crescent City,  CA 95532

19
   Dated: January 19, 2012

20
                                      Richard W. Wieking, Clerk
                                      By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28