IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO G. PANGILINAN, | No. C-12-0175 TEH (PR) |
|     Petitioner, | |
|     v. | ORDER OF DISMISSAL |
| GREG LEWIS, WARDEN | |
|     Respondent. / | |
| ALFREDO G. PANGILINAN, | No. C-12-0194 TEH (PR) |
|     Petitioner, | |
|     v. | ORDER GRANTING IN FORMA PAUPERIS APPLICATION |
| GREG LEWIS, WARDEN | |
|     Respondent. / | Doc. # 2 |

    Petitioner, a California state prisoner currently incarcerated at Pelican State Bay Prison, has filed two pro se petitions for a writ of habeas corpus under 28 U.S.C. § 2254, both of which challenge his conviction for murder imposed by

Contra Costa County Superior Court.  The first petition was filed in Case No. C 12-0175 TEH and the second petition was filed in Case No. C 12-0194 TEH.  It appears that Petitioner only seeks to file one habeas petition: the petition filed in Case No. C 12-0175 TEH is a form habeas petition and lacks any attachment (<u>see</u> Case No. 12-0175, Doc. #1), while the petition filed in Case No. C 12-0194 TEH is a form habeas petition and has an attached petition for review that was previously filed in the California Supreme Court (<u>see</u> Case No. C 12-0194, Doc. #1).  Both the form petitions in Case No. C 12-0175 TEH and Case No. C 12-0194 TEH are identical.  A completed <u>in forma pauperis</u> application has been filed in Case No. C 12-0175 TEH while the <u>in forma pauperis</u> application filed in Case No. C 12-0194 is incomplete.  The motions for appointment of counsel filed in both cases are identical.

In the interests of efficiency and justice, the Court closes Case No. C 12-0175 TEH (PR).  All pending motions in Case No. C 12-0175 are terminated and this case is closed.

Petitioner's habeas petition shall proceed under Case No. C 12-0194 TEH (PR).  <u>All future filings shall occur only in Case No. C 12-0194 TEH (PR).</u>  The Court takes judicial notice of the completed <u>in forma pauperis</u> application which Petitioner filed in Case No. C 12-0175 TEH (PR).  Petitioner's <u>in forma pauperis</u> application filed in Case No. C 12-0194 TEH (PR) is considered complete, and is GRANTED (Case No. C 12-0194 TEH (PR), Doc. #3).

//
//

2

Petitioner shall disregard the Clerk's notice re completion of <u>in forma pauperis</u> affidavit which he received in Case No. C 12-0194 TEH (PR).

IT IS SO ORDERED.

DATED     <u>January 18, 2012</u>         _____
                                          THELTON E. HENDERSON
                                          United States District Judge

G:\PRO-SE\TEH\HC.12\Pangilinan-12-175-dismiss-case and 12-194 grant IFP.wpd

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFREDO G. PANGILINAN,

    Plaintiff,

  v.

GREG LEWIS et al,

    Defendant.

Case Number: CV12-00175 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfredo G. Pangilinan #:G-60773
Pelican Bay State Prison
P.O. Box 7500, Housing: A-8-102
Crescent City, CA 95532

Dated: January 19, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO G. PANGILINAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREG LEWIS et al,<br><br>　　　　Defendant._____/ | Case Number: CV12-00194 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfredo G. Pangilinan #:G-60773
Pelican Bay State Prison
P.O. Box 7500, Housing: A-8-102
Crescent City,  CA 95532

Dated: January 19, 2012

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Jennifer Ottolini, Deputy Clerk